# Court of Appeals
# of the State of Georgia

ATLANTA,  June 23, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0061.  SCOTT FABRICIUS v. MARILYN WATTS.**

Scott Fabricius' Emergency Motion for Extension of Time to File Application for Discretionary Appeal is herein DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/23/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*